O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV06-03554-AHM | Date | February 1, 2010 |
|---|---|---|---|
| Title | YAO-CHUAN TSAI v. ALBERTO GONZALES, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| H. Henry Ezzati | Aaron D. Nelson, AUSA | |

**Proceedings:**     STATUS CONFERENCE (non-evidentiary)

Status conference held.

Court is advised that a review hearing will be scheduled within the next two weeks which is the equivalent to an administrative appeal of the prior denial of the N-400 application.

Court orders the Government to file by not later than March 15, 2010 a notice confirming that the review hearing is scheduled. Within one day of the review hearing, Government must provide the Court with its best good-faith estimate of the length of any appeal.

If applicable, plaintiff must file a notice of appeal within one week of the review hearing. At the conclusion of the appeal, plaintiff shall file a status report notifying the Court of the outcome.

|  | : | 05 |
|---|---|---|
|  | Initials of Preparer | SMO |