O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-03554 AHM | Date | July 12, 2010 |
|---|---|---|---|
| Title | YAO-CHUAN TSAI v. ERIC H. HOLDER, JR., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:           Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

     The Court LIFTS the stay on this action and DISMISSES Plaintiff's case as moot. Plaintiff has received the only relief he sought in his Petition, a review of his Application for Naturalization pursuant to 8 U.S.C. § 1447(b).

                                                                                         :

                                                        Initials of Preparer       SMO

**JS-6**